AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| RYAN TURIZO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>JPMORGAN CHASE & CO.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br><br>0:20-cv-60428-RAR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JPMorgan Chase & Co.

                         Registered Agent:
                         CT Corporation System
                         1200 South Pine Island Road, Plantation, FL 33324


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Manuel S. Hiraldo, Esq.
                                         Florida Bar No. 030380
                                         401 E. Las Olas Boulevard
                                         Suite 1400
                                         Ft. Lauderdale, Florida 33301
                                         Email: mhiraldo@hiraldolaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Feb 27, 2020

Angela E. Noble
Clerk of Court

s/ C.Davis
Deputy Clerk
U.S. District Courts