UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE No.** 0:20-cv-60428

RYAN TURIZO,

    Plaintiff,

vs.

JPMORGAN CHASE & CO.,

    Defendant.
_____/

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff RYAN TURIZO and defendant JPMORGAN CHASE BANK, N.A., erroneously named as JPMORGAN CHASE & CO., by and through their respective undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby file this Joint Stipulation of Voluntary Dismissal *without* Prejudice of the above styled action. Plaintiff and Defendant shall each bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

DATED: June 25, 2020

| | |
|---|---|
| /s/ Jibrael S. Hindi | /s/Brian C. Frontino |
| **JIBRAEL S. HINDI, ESQ.** | **BRIAN C. FRONTINO, ESQ** |
| Florida Bar No.: 118259 | Florida Bar No.: 95200 |
| E-mail:jibrael@jibraellaw.com | Stroock & Stroock & Lavan LLP |
| **THOMAS J. PATTI, ESQ.** | 200 S. Biscayne Blvd. |
| Florida Bar No.: 118377 | 31st Floor |
| E-mail:tom@jibraellaw.com | Miami, FL 33131 |
| The Law Offices of Jibrael S. Hindi | Phone: (305) 358-9900 |
| 110 SE 6th Street, Suite 1744 | Fax: (305) 789-9302 |
| Fort Lauderdale, Florida 33301 | Email: bfrontino@stroock.com |
| Phone: 954-907-1136 | |
| Fax:    855-529-9540 | |
| | |
| *COUNSEL FOR PLAINTIFF* | *COUNSEL FOR DEFENSE* |